IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANICE BEAKLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>KRISTOPHER K. LANGE, CAMDEN COUNTY SOCIAL SECURITY COURT, and TREASURY DEPARTMENT,<br><br>        Defendants. | Civil Action<br>No. 17-6385 (JBS-JS)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, District Judge:**

Plaintiff Janice Beakley seeks to bring this civil action but has not submitted either the $350 filing fee and $50 administrative fee or an application to proceed *in forma pauperis* ("IFP"). This matter shall therefore be administratively terminated pending submission of either the filing and administrative fees or a completed IFP application.

An appropriate order follows.

 **August 31, 2017**                          **s/ Jerome B. Simandle**
Date                                       JEROME B. SIMANDLE
                                           U.S. District Judge